IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
DEC -1 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

Corliss A Raum
Plaintiff

v. Event Project LLC

Case No. SA20CA1371 DAE

Defendant

Complaint

Motion to Vacate
Plaintiff's Suite (Complaint)

To the Honorable Court:

The United State Magistrate Denied
a Motion to Dismiss.
The United States District Judge
Accepted the Report and Recommendation.
Plaintiff has provided a Check in the
Amount of Four Hundred Ten Dollars
to Cover the Cost for Court Filling fees.

Plaintiff begs that the United States Magistrate Judge Henry B. Bemporad intercedes on Plaintiff behalf allowing his IFP to cover both cause of actions, 19-CV-00596 and 20-CV-00965. Plaintiff was not aware that even though the Venue (Federal District Court, Western District of Texas, San Antonio Division are the same, that the two cause of actions/cases are entirely different and separate.

If the Court should denies such an appeal, then Plaintiff has no other alternative than to sacrifice paying his utility bills for the month of December 2020 and will Pay the required OUT-OF-POCKET (20-CV-00965) IFP filing fee with the clerk of this Court.

P.S. This case has nothing to do with the REMOVAL ACTION FROM Bexar County Civil Court (2020-CV-01312) To Federal District Court (19-CA-00596).

~~Respectfully submitted~~,

~~Carlos Antonio Raymond~~

## CERTIFICATE OF SERVICE AND ACKNOWLEDMENT

STATE OF: Texas

COUNTY OF: Bexar

December 1, 2020

Before me this day, ~~November 26, 2020~~, personally appear, Carlos Antonio Raymond who being duly sworn, deposes and sayeth: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the very best of my ability; that a true and correct copy of the foregoing, ~~MOTION FOR RECONSIDERATION OF IFP OR IN THE ALTERNATIVE PLAINTIFF AGREES TO PAY THE REQUIRED FILING FEES OUT OF POCKET~~, Motion to file Law Suit Complaint and that a true copy was send and served on all counsel of record as shown below by certified mail:

IVEST PROPERTY, LLC (Defendant)
ROBERTO D. 'ROB' VALDESPINO
Attorney For Defendant
5150 Broadway Street # 506
San Antonio, Texas 78209-5710